UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MARK PHILIP FA'AITA,

    Plaintiff,

v.

FEDERAL BUREAU OF PRISONS, et al.,

    Defendants.

Case No. 23-cv-03649 BLF (PR)

**ORDER OF DISMISSAL**

Plaintiff, who appears to be a former federal prisoner, filed the instant *pro se* civil rights action against the Federal Bureau of Prisons Lompoc ("BOP Lompoc") and several individuals at the prison. Dkt. No. 1 at 1-2. On November 21, 2023, the Court screened the complaint and dismissed it with leave to amend to attempt to correct various deficiencies. Dkt. No. 9. Plaintiff was directed to file an amended complaint within twenty-eight days of the order, and advised that failure to respond would result in the dismissal of the action with prejudice for failure to state a claim. *Id.* at 5.

The deadline has passed, and Plaintiff has failed to file an amended complaint in the time provided. Accordingly, this action is **DISMISSED** with prejudice for failure to state a claim.

///

The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: __January 4, 2024____

_____
BETH LABSON FREEMAN
United States District Judge

Order of Dismissal
PRO-SE\BLF\CR.23\03649FaAita_dism(no-amend)