UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARK PHILIP FA'AITA,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDERAL BUREAU OF PRISONS, et al.,<br><br>        Defendants. | Case No. 23-cv-03649 BLF (PR)<br><br>**JUDGMENT** |

The Court has dismissed the instant civil rights action with prejudice for failure to state a claim. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: __January 4, 2024___

                                                BETH LABSON FREEMAN
                                                United States District Judge